## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Whitnee Hibbler

DEBTOR

Case No. 17 B 19989
Chapter 13

Judge Jack B Schmetterer

### NOTICE OF MOTION

TO:   US Trustee (by ECF)
      Tom Vaughn, Chapter 13 Trustee (by ECF)
      See attached Service List

PLEASE TAKE NOTICE that on <u>October 25, 2017</u>, at <u>9:30 A.M.</u> or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer or any other Bankruptcy Judge presiding in his or her place in Courtroom <u>682</u> of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached <u>Objection</u>, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered or mailed to the parties above at their respective addresses, postage prepaid, by depositing in the U.S. Mail on or before October 12, 2017.

/s/ Angie S Lee

Angie S Lee ARDC #6282075
Attorney Angie Lee PC
900 Ridge Road Suite 2K
Homewood IL 60430
708-845-7958

```
Label Matrix for local noticing          U.S. Bankruptcy Court              Acs/loan Science
0752-1                                   Eastern Division                   Acs/Education Services
Case 17-19989                            219 S Dearborn                     Po Box 7051
Northern District of Illinois            7th Floor                          Utica, NY 13504-7051
Chicago                                  Chicago, IL 60604-1702
Tue Sep 12 14:36:37 CDT 2017

Arnoldharris                             City Of Chicago Department of Finance    City of Chicago
111 West Jackson                         C/O Arnold Scott Harris P.C.             Dept of Finance
Suite 600                                111 W Jackson Blvd Suite 600             P.O. Box 88292
Chicago, IL 60604-3517                   Chicago, IL 60604-3517                   Chicago, IL 60680-1292


Fed Loan Sevicing                        IRS                                National Collegiate Student Loan Trust 2004-
Po Box 69184                             PO Box 7346                        Po Box 4275
Harrisburg, PA 17106-9184                Philadelphia, PA 19101-7346        Norcross, GA 30091-4275



(p)TIDEWATER FINANCE COMPANY             Angie S Lee                        Patrick S Layng
P O BOX 13306                            Attorney Angie Lee PC              Office of the U.S. Trustee, Region 11
CHESAPEAKE VA 23325-0306                 900 Ridge Road                     219 S Dearborn St
                                         Suite 2K                           Room 873
                                         Homewood, Il 60430-1934            Chicago, IL 60604-2027


Tom Vaughn                               Whitnee D Hibbler
55 E. Monroe Street, Suite 3850          2124 East 69th St
Chicago, IL 60603-5764                   Chicago, IL 60649-1601
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Tidewater Finance Company                End of Label Matrix
PO Box 13306                             Mailable recipients     13
Chesapeake, VA 23325                     Bypassed recipients      0
                                         Total                   13
```

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Whitnee Hibbler

DEBTOR

Case No. 17 B 19989
Chapter 13

Judge Jack B Schmetterer

## MOTION TO CONFIRM PLAN

Now comes Whitnee Hibbler (hereinafter "DEBTOR"), by and through her attorney, Attorney Angie Lee, PC, and moves this Honorable Court for entry of an Order to Confirm the Plan filed on October 13, 2017, and in support thereof, respectfully represents as follows:

1. On June 30, 2017, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. Her Plan was not confirmed.

3. The case was dismissed on October 11, 2017.

4. Debtor wishes to proceed with this case.

5. Debtor is not eligible for discharge, but needs to proceed with the case in order to pay her student loans.

Wherefore, Debtor respectfully prays that this Court will enter an order confirming the Plan filed on October 13, 2017, and for such other and further relief as this Court deems fair and just.

RESPECTFULLY SUBMITTED:

/s/ Angie S Lee
Attorney for Debtor

Angie S Lee #6282075
Attorney Angie Lee PC
900 Ridge Road Suite 2K
Homewood, IL 60430
708-845-7958