### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:   Whitnee Hibbler

DEBTOR

Case No.  17 B 19989
Chapter 13

Judge Donald R. Cassling

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **February 3, 2022, at 9:30 a.m.**, I will appear before the Honorable Donald R Cassling, or any judge sitting in that judge's place, and present the attached Motion, a copy of which is attached.

This motion will be presented and heard electronically using ZoomGov Meeting https://www.zoomgov.com

Meeting ID: 161 414 7941

Passcode: 619

One tap mobile: +16692545252,,1614147941#,,,,,,0#,,619# US (San Jose)

+16468287666,,1614147941#,,,,,,0#,,619# US (New York)

No personal appearance in court is necessary or permitted.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,

By:   /s/ Angie S. Lee
Debtor's attorney

CERTIFICATE OF SERVICE

    I, Angie Lee, certify that I served a copy of this notice and the attached motion on each entity shown above at the address shown by ECF or First Class US Mail on or before January 17, 2022.

By:    /s/ Angie Lee

Angie S Lee (Ill. #6282075)
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937
angieleelaw900@gmail.com

```
Label Matrix for local noticing        U.S. Bankruptcy Court              Acs/loan Science
0752-1                                  Eastern Division                   Acs/Education Services
Case 17-19989                           219 S Dearborn                     Po Box 7051
Northern District of Illinois           7th Floor                          Utica, NY 13504-7051
Eastern Division                        Chicago, IL 60604-1702
Mon Jan 17 10:10:12 CST 2022

Arnoldharris                            City Of Chicago Department of Finance   (p)CHICAGO DEPARTMENT OF LAW
111 West Jackson                        C/O Arnold Scott Harris P.C.            ATTN BANKRUPTCY UNIT
Suite 600                               111 W Jackson Blvd Suite 600            121 N LASALLE ST SUITE 400
Chicago, IL 60604-3517                  Chicago, IL 60604-3517                  CHICAGO IL 60602-1264

IRS                                     NAVIENT PC TRUST                   National Collegiate Student Loan Trust 2004-
PO Box 7346                             C/O Navient Solutions, LLC.        Po Box 4275
Philadelphia, PA 19101-7346             PO BOX 9640                        Norcross, GA 30091-4275
                                        Wilkes-Barre, PA 18773-9640

(p)TIDEWATER FINANCE COMPANY            U.S. Dept of Education             Angie S Lee
P O BOX 13306                           c/o Fed Loan Sevicing              Lee Ratliff & Associates LLC
CHESAPEAKE VA 23325-0306                Po Box 69184                       PO Box 677
                                        Harrisburg, PA 17106-9184          Flossmoor, IL 60422-0677

Patrick S Layng                         Thomas H. Hooper                   Whitnee D Hibbler
Office of the U.S. Trustee, Region 11   Office of the Chapter 13 Trustee   4546 S Ellis Ave
219 S Dearborn St                       55 E. Monroe St., Suite 3850       #2S
Room 873                                Suite 3850                         Chicago, IL 60653-4997
Chicago, IL 60604-2027                  Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Chicago                         Tidewater Finance Company
Dept of Finance                         PO Box 13306
P.O. Box 88292                          Chesapeake, VA 23325
Chicago, IL 60680
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Tidewater Finance Company            (u)Brandee Robinson                (u)James Hibbler
```

End of Label Matrix
Mailable recipients    14
Bypassed recipients     3
Total                  17

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Whitnee Hibbler

DEBTOR

Case No. 17 B 19989
Chapter 13

Judge Donald R. Cassling

## ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

NOW COMES the movant, Angie S. Lee d/b/a Lee Ratliff & Associates LLC, and pursuant to Local Rule 2091-1 files this Motion for Leave to Withdraw:

1. That Angie S. Lee (hereinafter "Attorney"), doing business as Lee Ratliff & Associates LLC, is licensed to practice law in the Northern District of Illinois and was so at all times and on all dates relative hereto.

2. That Attorney was retained to represent Whitnee Hibbler (hereinafter "Debtor") in the present matter.

3. Attorney was paid by Debtor.

4. That Attorney has a pending full-time offer at a law office contingent that her practice is closed because she can no longer represent Debtor due to conflict of interest.

5. That Debtor has been provided a list of other attorneys should they wish to retain new counsel.

Wherefore, Movant Angie S. Lee of Lee Ratliff & Associates LLC prays that this Honorable Court grant leave for attorney Angie S. Lee of Lee Ratliff & Associates LLC to withdraw as attorney of record for Debtor and for further relief as this Honorable Court deems necessary and just.

        Respectfully submitted,

        /s/ Angie S. Lee
        Attorney for the Debtor

Angie S. Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937